# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Beattie B. Ashmore, ) | |
| ) | Civil Action No. 8:14-cv-01073-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| Masterpiece Investments, Inc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This case arises from a civil dispute between Plaintiff Beattie Ashmore and Defendant Masterpiece Investments, Inc. Currently before the court is Plaintiff's Motion to Enforce Settlement (ECF No. 15).

District courts have the authority to enforce settlement agreements, and the application of this authority has the effect of entering a judgment by consent. *See Hensley v. Alcon Labs., Inc.*, 277 F.3d 535, 540 (4th Cir. 2002) (citing *Millner v. Norfolk & W. Ry. Co.*, 643 F.2d 1005, 1009 (4th Cir. 1981)). A court should apply a two-step process when it is asked to enforce a settlement agreement: 1) determine whether the parties actually agreed to settle the dispute, and 2) discern the terms of the settlement. *See Moore v. Beaufort Cnty., N.C.*, 936 F.2d 159, 162 (4th Cir. 1991).

Based on the evidence Plaintiff has presented in its Motion to Enforce Settlement, this court finds that the parties have agreed to settle the dispute. (*See* ECF No. 15-2.) The court also has successfully discerned the basic terms of the settlement. (*See id.*)

The court therefore **GRANTS** Plaintiff's Motion to Enforce Settlement (ECF No. 15). The court further **ORDERS** the parties to fulfill their obligations under the terms of the agreement, as presented, within 30 days of the entry of this Order.

**IT IS SO ORDERED**.

United States District Judge

December 8, 2015
Columbia, South Carolina